AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Barker | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-00850 |
| Conroy et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick Conroy, Elisa Aglieco, Karen Bronson, Paul Ryan, U.S. House of Representatives

Date:    07/25/2016

*Attorney's signature*

Thomas G. Hungar (D.C. Bar No. 447783)
*Printed name and bar number*

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
*Address*

Thomas.Hungar@mail.house.gov
*E-mail address*

(202) 225-9700
*Telephone number*

(202) 226-1360
*FAX number*

```
* Attorneys in the Office of General Counsel for the U.S. House of Representatives are
"entitled, for the purpose of performing the counsel's functions, to enter an appearance
in any proceeding before any court of the United States . . . without compliance with any
requirements for admission to practice before such court."  2 U.S.C. sec. 5571(a).
```