**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DANIEL BARKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Civil Action No. 1:16-cv-00850** |
| ) | |
| **HOUSE OF REPRESENTATIVES** ) | |
| **CHAPLAIN PATRICK CONROY;** ) | |
| **ASSISTANT TO THE CHAPLAIN** ) | |
| **ELISA AGLIECO;** ) | |
| **CHAPLAIN'S LIAISON TO STAFF** ) | |
| **KAREN BRONSON;** ) | |
| **PAUL RYAN, SPEAKER OF THE HOUSE** ) | |
| **OF REPRESENTATIVES IN HIS** ) | |
| **OFFICIAL CAPACITY; and** ) | |
| **THE UNITED STATES HOUSE OF** ) | |
| **REPRESENTATIVES,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF APPEARANCE**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Daniel Barker.

Dated this 26th day of July, 2016.

BOARDMAN & CLARK LLP
By:

*/s/ Richard L. Bolton*
Eric A. Baker
DC Bar No. 481394
Richard L. Bolton
Federal Bar No. WI0034
One South Pinckney Street, Fourth Floor
P.O. Box 927
Madison, WI  53701-0927

1

(608) 283-1783 – Telephone
(608) 283-1709 – Facsimile
ebaker@boardmanclark.com
rbolton@boardmanclark.com

Andrew L. Seidel (*Pro Hac Vice* pending)
Samuel T. Grover (*Pro Hac Vice* pending)
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Eric A. Baker, hereby certify that on July 26, 2016, I caused to be electronically filed

the attached Notice of Appearance with the Clerk of Court using the CM/ECF system.


*/s/ Eric A. Baker*
Eric A. Baker

F:\DOCS\WD\26318\25\A2524842.DOCX