## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL BARKER, )<br><br>Plaintiff, )<br><br> v. )<br><br>HOUSE OF REPRESENTATIVES )<br>CHAPLAIN PATRICK CONROY, et al. )<br><br>Defendants. ) | Civil Case No.: 1:16-cv-00850-RMC |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Sarah E. Whitman, the undersigned, as counsel of record for Defendant Patrick Conroy, as sued in his individual capacity.

I am admitted or otherwise authorized to practice in this court.


Dated: September 22, 2016                Respectfully submitted,


                                         */s/ Sarah E. Whitman*
                                         SARAH E. WHITMAN
                                         MA Bar 657726, under LCvR 83.2(e)
                                         Trial Attorney
                                         Torts Branch, Civil Division
                                         United States Department of Justice
                                         Box 7146, Ben Franklin Station
                                         Washington, D.C. 20044
                                         Telephone: (202) 616-0089
                                         Facsimile: (202) 616-4314
                                         Email: Sarah.Whitman@usdoj.gov

                                         *Counsel for Defendant Patrick Conroy, as*
                                         *sued in his individual capacity*