IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL BARKER,<br>    *Plaintiff*,<br><br>  v.<br><br>HOUSE OF REPRESENTATIVES CHAPLAIN PATRICK CONROY, ASSISTANT TO THE CHAPLAIN ELISA AGLIECO, CHAPLAIN'S LIAISON TO STAFF KAREN BRONSON, PAUL RYAN, SPEAKER OF THE HOUSE OF REPRESENTATIVES IN HIS OFFICIAL CAPACITY, THE UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    *Defendants*. | Case No. 1:16-cv-00850-RMC |

**NOTICE**

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Defendants respectfully give notice that Defendant Elisa Aglieco is no longer employed by the United States House of Representatives. There is currently no successor to Ms. Aglieco. Her official responsibilities, previously shared with Defendant Karen Bronson, are now being performed solely by Ms. Bronson. Consequently, Ms. Aglieco should be dismissed with prejudice from this action.

1

Respectfully submitted,

*/s/ Thomas G. Hungar*
THOMAS G. HUNGAR
  *General Counsel*
ELENI M. ROUMEL
  *Assistant General Counsel*
KIMBERLY HAMM
  *Assistant General Counsel*
SARAH K. CURRAN
  *Attorney*

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Thomas.Hungar@mail.house.gov

*Counsel for the United States House of Representatives; and Speaker of the House Paul Ryan, Chaplain of the House Fr. Patrick J. Conroy, Elisa Aglieco, and Karen Bronson, all in their official capacities*

September 30, 2016

## CERTIFICATE OF SERVICE

I certify that on September 30, 2016, I filed the foregoing Notice by the U.S. District Court for the District of Columbia's CM/ECF system.

                                                   */s/ Sarah K. Curran*
                                                   Sarah K. Curran