IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL BARKER, <br>      *Plaintiff*, <br><br>   v. <br><br> HOUSE OF REPRESENTATIVES CHAPLAIN PATRICK CONROY, ASSISTANT TO THE CHAPLAIN ELISA AGLIECO, CHAPLAIN'S LIAISON TO STAFF KAREN BRONSON, PAUL RYAN, SPEAKER OF THE HOUSE OF REPRESENTATIVES IN HIS OFFICIAL CAPACITY, THE UNITED STATES HOUSE OF REPRESENTATIVES, <br><br>      *Defendants*. | Case No. 1:16-cv-00850-RMC |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.6(c), I, Sarah K. Curran, currently listed as counsel for the Defendants in the above-captioned case, move to withdraw as counsel in this matter. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and the Electronic Filing system.

Defendants will continue to be represented by Thomas G. Hungar, Eleni M. Roumel, and Kimberly Hamm, each of whom have entered an appearance in this matter.

              Respectfully submitted,

              THOMAS G. HUNGAR, *General Counsel*
                (DC Bar No. 447783)
              ELENI M. ROUMEL, *Assistant General Counsel*
              KIMBERLY HAMM, *Assistant General Counsel*
                (DC Bar No. 1020989)
              *s/Sarah K. Curran*
              SARAH K. CURRAN, *Attorney*

                OFFICE OF GENERAL COUNSEL,
                U.S. HOUSE OF REPRESENTATIVES
                219 Cannon House Office Building
                Washington, D.C.  20515
                (202) 225-9700 (telephone)
                (202) 226-1360 (facsimile)

*Counsel for the United States House of Representatives; and Speaker of the House Paul Ryan, Chaplain of the House Fr. Patrick J. Conroy, Elisa Aglieco, and Karen Bronson, all in their official capacities*

October 14, 2016

## CERTIFICATE OF SERVICE

I certify that on October 14, 2016, I filed the foregoing Motion to Withdraw as Counsel via the Court's CM/ECF system, which I understand caused delivery of a copy to all registered parties.

*s/Sarah K. Curran*
Sarah K. Curran
