UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL BARKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-850 (RMC) |
| ) | |
| **PATRICK CONROY, Chaplain, U.S.** ) | |
| **House of Representatives,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

For the reasons set forth in the Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Patrick Conroy's Motion to Dismiss the Individual Capacity Claims (Count 5), Dkt. 14, is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' Motion to Dismiss (Counts 1-4), Dkt. 16, is **GRANTED**. The Complaint is **DISMISSED**.

This is a final appealable Order. *See* Fed. R. App. 4(a). This case is closed.


Date: October 11, 2017                                       /s/
                                                         ROSEMARY M. COLLYER
                                                         United States District Judge