## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DANIEL BARKER
_____
Plaintiff

vs.   Civil Action No. 16-850 (RMC)

PATRICK CONROY, Chaplain, U.S. House of Representatives, et al.
_____
Defendants

## NOTICE OF APPEAL

Notice is hereby given this 8th day of December, 20 17, that

DANIEL BARKER

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 11th day of October, 20 17

in favor of Defendants and

against said Plaintiff, dismissing Plaintiff's Complaint.

/s/ Richard L. Bolton
_____
Attorney or Pro Se Litigant

Richard L. Bolton, Bar No. WI0034
Anita L. Gallucci, D.C. Circuit Bar No. 41101
Boardman & Clark LLP
1 S. Pinckney Street, Ste. 410
Madison, WI 53701
(608) 257-9521

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Thomas G. Hungar, General Counsel
Eleni M. Roumel, Assistant General Counsel
Kimberly Hamm, Assistant General Counsel
Kristin Shapiro, Assistant General Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515