UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL BARKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Case No.: 1:16-cv-00850-RMC |
| HOUSE OF REPRESENTATIVES CHAPLAIN PATRICK CONROY, et al. | ) ) ) |
| Defendants. | ) ) ) |

## PRAECIPE: NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 83.15(c), notice is hereby given of a change to the address of Sarah E. Whitman, counsel of record for Defendant Patrick Conroy, as sued in his individual capacity. The undersigned's new address is as follows:

    Sarah E. Whitman
    Trial Attorney
    U.S. Department of Justice
    Torts Branch, Civil Division
    175 N Street, NE
    Washington, DC 20002

An Address Change Request has been separately mailed to the Clerk's Office.

Dated: February 12, 2018        Respectfully submitted,

                                                */s/ Sarah E. Whitman*
                                                SARAH E. WHITMAN
                                                MA Bar 657726, under LCvR 83.2(e)
                                                Trial Attorney
                                                Torts Branch, Civil Division
                                                United States Department of Justice
                                                175 N Street, NE
                                                Washington, DC 20002
                                                Telephone: (202) 616-0089
                                                Facsimile: (202) 616-4314
                                                Email: Sarah.Whitman@usdoj.gov

*Counsel for Defendant Patrick Conroy, as sued in his individual capacity*