## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL BARKER,<br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>HOUSE OF REPRESENTATIVES CHAPLAIN PATRICK CONROY, CHAPLAIN'S LIAISON TO STAFF KAREN BRONSON, PAUL RYAN, SPEAKER OF THE HOUSE OF REPRESENTATIVES IN HIS OFFICIAL CAPACITY, THE UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>　　　　　*Defendants*. | Case No. 1:16-cv-00850-RMC |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.6(c), I, Eleni M. Roumel, currently listed as counsel for defendants (1) House of Representatives Chaplain Patrick Conroy in his official capacity, (2) Chaplain's Liaison to the Staff Karen Bronson in her official capacity, (3) Paul Ryan, Speaker of the House of Representatives, in his official capacity, and (4) the United States House of Representatives, move to withdraw as counsel in this matter.  I am leaving my position in the Office of General Counsel.  Please remove my name from the case docket and electronic filing system.  The above-referenced parties will continue to be represented by Thomas G. Hungar and Kimberly Hamm, who have entered appearances in this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Eleni M. Roumel*
　　　　　　　　　　　　　　　　　　　　Eleni M. Roumel (N.Y. Bar No. 3978863)
　　　　　　　　　　　　　　　　　　　　Assistant General Counsel

                                                    OFFICE OF GENERAL COUNSEL
                                                    U.S. HOUSE OF REPRESENTATIVES
                                                    219 Cannon House Office Building
                                                    Washington, D.C. 20515
                                                    (202) 225-9700
                                                    *Counsel for Defendants United States House of Representatives; and Speaker of the House Paul Ryan, Chaplain of the House Fr. Patrick J. Conroy, and Karen Bronson, all in their official capacities*

April 5, 2018

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 5, 2018, I caused a true and correct copy of the foregoing to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

                                                    */s/ Eleni M. Roumel*
                                                   Eleni M. Roumel