IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL BARKER,<br><br>    *Plaintiff*,<br><br>    v.<br><br>HOUSE OF REPRESENTATIVES CHAPLAIN PATRICK J. CONROY, CHAPLAIN'S LIAISON TO STAFF KAREN BRONSON, PAUL RYAN, SPEAKER OF THE HOUSE OF REPRESENTATIVES IN HIS OFFICIAL CAPACITY, THE UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    *Defendants*. | Case No. 1:16-cv-00850 |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 83.6(c), I, Thomas G. Hungar, currently listed as counsel for defendants the Fr. Patrick J. Conroy, Karen Bronson, and the Honorable Paul Ryan, Speaker of the House in his official capacity, and the U.S. House of Representatives in the above-captioned case, move to withdraw as counsel. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and the electronic filing system. Defendants will continue to be represented by Kimberly Hamm, who has entered an appearance in this matter.

Respectfully submitted,

*/s/ Thomas G. Hungar*
THOMAS G. HUNGAR
General Counsel

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700

*Counsel for defendants the United States House of Representatives; and Speaker of the House Paul Ryan, Chaplain of the House Fr. Patrick J. Conroy, and Karen Bronson, all in their official capacities*

January 3, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2019, I filed the foregoing Motion to Withdraw via the U.S. District Court for the District of Columbia's CM/ECF system, which I understand caused service on all registered parties.

                                                        */s/ Thomas G. Hungar*
                                                        Thomas G. Hungar